## No. 7007.

### VIRGINIA BUSH vs. BRITTON & MOORE.

In a suit to annul a judgment for want of citation in the suit in which it was rendered, the uncontradicted testimony of the plaintiff and the members of her family, whose veracity has not been impugned, must prevail; and this the more, when the material facts are such as most persons in like circumstances would remember, and about which they could not be mistaken.

Service upon the brother of the plaintiff at his place of business eight miles from her residence is no service at all as to her.

APPEAL from the District Court for Grant.    WHITE, J., *ad hoc.*

*R. P. Hunter* and *Cazabat* for Plaintiff.    *R. A. Hunter* and *Bowman* for Defendants Appellants.

MARR, J., delivered the opinion affirming the judgment.

## No. 7085.

### JEAN AUGÈ vs. M. VARIOL.

The honest and sincere belief of an attaching creditor that his debtor is disposing, or is about to dispose, of his property with the purpose of defrauding or injuring his creditors, will not justify an attachment unless the fact be as the creditor believes it to be.

The circumstance that appearances indicated such conduct and intent on the part of the debtor, and gave ground for the belief of the creditor, will be properly considered when damages are claimed for levying the attachment.

APPEAL from the Sixth District Court of New Orleans.    RIGHTOR, J.

*Voorhies* and *Pilie* for Plaintiff and Appellant.    *Tissot* for Defendant.

MANNING, C. J., delivered the opinion affirming the judgment.